IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) No. 05-CR-30041-001-DRH |
| v. | ) |
| | ) |
| **LILLIE NICHOLS** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

This Court having considered the motion of Defendant Lillie Nichols to modify the conditions of release to permit Ms. Nichols to travel to and from Morristown, New Jersey during the period beginning November 17, 2005 through November 22, 2005 to attend and speak at a National Union Baptist Church Revival being held there.

**IT IS HEREBY ORDERED**:

That Lillie Nichols' Conditions of Release be amended to permit Lillie Nichols to travel to and from Morristown, New Jersey during the period beginning November 17, 2005 through November 22, 2005 to attend and speak at a National Union Baptist Church Revival being held there.  Defendant shall provide the

2

Probation Pretrial Officer assigned to her case with her exact itinerary.

    **IT IS SO ORDERED**.

Signed this 1st day of November, 2005.

                                                /s/        David RHerndon
                                            **United States District Judge**